# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lincoln Club of San Diego County,<br><br>        Plaintiff,<br><br>  v.<br><br>Bonnie Dumanis, San Diego District Attorney, sued in her official capacity; County of San Diego,<br><br>        Defendants. | Case No. 10 CV 2114 IEG (BGS)<br><br>**ORDER GRANTING JOINT MOTION FOR (1) LEAVE TO FILE AMENDED COMPLAINT, (2) DISMISSAL OF DEFENDANT BONNIE DUMANIS, (3) ENTRY OF PRELIMINARY INJUNCTION** |

    The parties having agreed to a joint stipulation, and for good cause shown, the Court GRANTS the Joint Motion, providing:

    1.    Plaintiff Lincoln Club is granted leave to file an amended complaint, adding the County of San Diego as a defendant.

    2.    Bonnie Dumanis, San Diego District Attorney, is dismissed as a defendant. Bonnie Dumanis agrees that she shall be bound by the Court's rulings with respect to the matters at issue in this lawsuit.

    3.    The Court now enters a preliminary injunction against the County of San Diego providing:

    a.    The word "committee" as it is used in County of San Diego's Regulatory Ordinance section 32.923, subsections (a), (b) and (c), does not include an independent

expenditure committee.

    b.    County of San Diego's Regulatory Ordinance section 32.924(a) does not limit contributions to independent expenditure committees.

    c.    This preliminary injunction shall remain in effect so long as the Preliminary Injunction in *Thalheimer v. City of San Diego*, Case No. 09-CV-2862-IEG (WMC), issued on February 16, 2010, enjoining the City of San Diego from enforcing Section 27.2935(a) of its Municipal Election Campaign Control Ordinance, remains in effect.

4.    This Court will issue a final judgment in Plaintiff's favor, declaring San Diego's Regulatory Ordinance sections 32.923 and 32.942(a) unconstitutional as applied to independent expenditure committees and contributions to them, if the *Thalheimer* Court permanently enjoins the City of San Diego from enforcing Section 27.2935(a) of its Municipal Election Campaign Control Ordinance, regardless of whether the County amends sections 32.923(a) and 32.924(a) so that they no longer limit contributions to or expenditures by independent expenditure committees.

5.    Lincoln Club may seek to recover its attorneys fees and expenses subject to 42 U.S.C. § 1988 and/or any other relevant statute.

**IT IS SO ORDERED.**

DATED: 10/21/2010

_____
IRMA E. GONZALEZ, Chief Judge
United States District Court